UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-22355-CMA

CARLOS DIAZ,

        Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant(s).        /

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclosed the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a) Plaintiff – Carlos Diaz
    b) Counsel for Plaintiff – Rachel Alters, Esq., of Attorneys Dell and Schaefer, Chartered
    c) Defendant – The Prudential Insurance Company of America
    d) Counsel for Defendant- Hector R. Rivera, Esq., of Quintairos, Prieto, Wood & Boyer, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a) None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a) None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a)   Carlos Diaz

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via CM/ECF on this 23rd day of August, 2022, and electronically furnished to Hector R. Rivera, Quintairos, Prieto, Wood & Boyer, P.A., 9300 s. Dadeland Blvd., 4th Floor, Miami, FL 33156.

>ATTORNEYS DELL AND SCHAEFER, CHARTERED
>Attorneys for Plaintiff
>2625 Weston Road
>Weston, FL 33331
>(954) 620-8300
>
>*S/ Rachel Alters*
>Rachel Alters, ESQUIRE
>Florida Bar No: 106232
>Email: rachel@diattorney.com