UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:22-CV-22355-CMA

CARLOS DIAZ,

Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant(s).                                    /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees.

DATED: November 21, 2022

By: */s/ Rachel Alters*
    RACHEL ALTERS, ESQ.
    Fla. Bar No. 106232
    **ATTORNEYS DELL & SCHAEFER, CHARTERED**
    Attorneys for Plaintiff
    2625 Weston Road
    Weston, FL 33331
    Phone: (954) 620-8300
    Fax: (954) 922-6864
    Email: Rachel@diattorney.com

By: */s/ Hector Rivera*
    HECTOR R. RIVERA, ESQ.
    Fla. Bar No. 882453
    **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
    Attorneys for Defendant
    9300 S. Dadeland Blvd., 4th floor
    Miami, FL 33156
    Phone: (305) 670-1101
    Fax: (305) 670-1161
    Email: hrivera@qpwblaw.com